**GREENE etc v THOMAS, Mayor, et.**

Ohio Appeals, 2nd Dist, Franklin Co
Decided July 8, 1930

For full opinion see 175 NE 226; 37 Oh Ap 489 (Oh Bar 4-14-31).